```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/19/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ISAAC SOLANO GARCIA,

                      *Petitioner*,

-against-

JUDITH ALMODOVAR, in her official capacity as Field Office Director of Enforcement and Removal Operations, New York City, Immigration and Customs Enforcement; KRISTI NOEM, in her official capacity as Secretary of the U.S. Department of Homeland Security; PAMELA BONDI, in her official capacity as Attorney General of the United States; EXECUTIVE OFFICE FOR IMMIGRATION REVIEW,

                      *Respondents*.

1:25-cv-9571-MKV

**ORDER OF DISMISSAL**

MARY KAY VYSKOCIL, United States District Judge:

       The Court is in receipt of a petition for a writ of habeas corpus under 28 U.S.C. § 2241. [ECF No. 1] (the "Petition"). The Petition was filed on behalf of Mr. Isaac Solano Garcia (the "Petitioner") by a "friend." *See* [ECF No. 2] at 1 (listing "Daisy Nava-Perez" as "Friend" in the "ATTORNEYS" field); *see also* Petition at 10 (Declaration signed by an attorney who, at the time the Petition was filed, had not appeared in this case).

       The Petition must be dismissed. "For the federal courts to have jurisdiction over this petition for a writ of habeas corpus, . . . [P]etitioner['s] . . . 'next friend[]' must establish that she is legally that, and therefore that she has standing to bring the petition on his behalf." *Ross ex rel. Dunham v. Lantz*, 408 F.3d 121, 123 (2d Cir. 2005). "[W]hen the application for habeas corpus filed by a would be 'next friend' does not set forth an adequate reason or explanation of the necessity for resort to the 'next friend' device, the court is without jurisdiction to consider the

petition." *Wang v. City of New York*, 2009 WL 705966, at *1 (E.D.N.Y. Mar. 16, 2009) (quoting *Weber v. Garza*, 570 F.2d 511, 514 (5th Cir.1978)).

Accordingly, the Petition is DISMISSED without prejudice.

**SO ORDERED:**

**DATED: November 19, 2025**
      **New York, New York**                         **Mary Kay Vyskocil**
                                                     **United States District Judge**